AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

9158274

United States of America
v.

DARREN PATTERSON

*Defendant*

)
) Case: 1:24-mj-00137
) Assigned To : Harvey, G. Michael
) Assign. Date : 4/17/2024
) Description: Complaint W/ Arrest Warrant

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* DARREN PATTERSON,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable of Imprisonment for a Term Exceeding One Year

Date: 04/17/2024

*Issuing officer's signature*

City and state: Washington, DC

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 04/17/2024, and the person was arrested on *(date)* 04/18/2024
at *(city and state)* Washington DC

Date: 04/18/2024

*Arresting officer's signature*

Deryc Stallman  DUSM
*Printed name and title*